**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MANUEL LALVAY CHACHA,

                Plaintiff,                20 **CIVIL** 6167 (JPO)

      -against-                              **JUDGMENT**

THOMAS R. DECKER, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2020, Petitioner's petition for a writ of habeas corpus is denied. In light of the denial of the petition, Petitioner's motion for a temporary restraining order is likewise denied as moot; accordingly, the case is closed.

**DATED:**  New York, New York
             October 7, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
            **BY:**          K. Mango
                                            _____
                                            **Deputy Clerk**